UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONALD M. REESE, | : | Case No. 3:10-cv-249 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| WARDEN, London Correctional | : | |
| Institution, | : | |
| | : | |
| Respondent. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 7); AND (2) DISMISSING THE PETITION WITH PREJUDICE**

This civil case is before the Court pursuant to the Order of General Reference in

the United States District Court for the Southern District of Ohio Western Division to

United States Magistrate Judge Sharon L. Ovington.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court, and, on July 14, 2011,

submitted a Report and Recommendations.  (Doc. 7).  The Petitioner did not file

Objections to the Report and Recommendations.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this case.  Upon consideration of the foregoing, the Court does determine

that such Report and Recommendations should be and is hereby **ADOPTED** in its

entirety.

Accordingly:

1.  The petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**;

2.  The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith; and

3.  This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date:  8/3/11

_Timothy S. Black_
Timothy S. Black
United States District Judge