# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DONALD M. REESE,**

      Petitioner,

                                         **CASE NO.  3:10-cv-249**

**-vs-**

                                         District Judge Timothy S. Black
                                         Magistrate Judge Sharon L. Ovington

**WARDEN, London Correctional Institution,**

      Respondent.

———————————————————————

## JUDGMENT IN A CIVIL CASE
———————————————————————

      **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED THAT** the Reports and Recommendations of the Magistrate Judge (Doc. 7) is **ADOPTED**; the Petition for Writ of Habeas Corpus (Doc. 2) is **DISMISSED with Prejudice**; the Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith; and the case is **TERMINATED** on the docket of this Court.

Date:  August 3, 2011                **JAMES BONINI, CLERK**

                                   By: s/ M. Rogers_____
                                   Deputy Clerk